UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJIBULLA AMIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAMAN MOMAND, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-03557-TLN-SCR<br><br>**ORDER** |

　　　　Plaintiff is proceeding in this action in pro per and the matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

　　　　On April 4, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 17.)  Plaintiff has filed objections to the findings and recommendations.  (ECF Nos. 18, 19.)  Plaintiff also filed an untimely second opposition to the motion to dismiss.  (ECF No. 20.)

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 4, 2025 are ADOPTED IN FULL;

2. Defendant's Motion to Dismiss (ECF Nos. 10, 12) is GRANTED, with leave to amend;

3. Plaintiff shall file a First Amended Complaint within 21 days of the date of this Order; and;

4. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Date: May 2, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE