UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAJIBULLA AMIN,<br><br>  Plaintiff,<br><br>  v.<br><br>DAMAN MOMAND, et al.,<br><br>  Defendants. | No. 2:24-cv-03557-TLN-SCR<br><br>**ORDER** |

Plaintiff Najibulla Amin ("Plaintiff") proceeds in this matter pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1)(B).

On May 27, 2025, Defendants filed a motion to dismiss. (ECF No. 26.) On August 7, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) Plaintiff filed objections to the findings and recommendations. (ECF No. 32)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed August 7, 2025 (ECF No. 31) are ADOPTED in full;

3 | 2. Defendants' Motion to Dismiss (ECF No. 26) is GRANTED with leave to amend; and

4 | 3. Plaintiff is allowed 28 days from the date of this Order to file a Second Amended Complaint.

Date: September 26, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2